JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID VELASQUEZ,** | NO. LA CV 19-00504-VBF-KS |
| Petitioner, | |
| v. | JUDGMENT |
| **RAYMOND MADDEN, Warden,** | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against petitioner David Velasquez. IT IS SO ADJUDGED.

Dated: November 25, 2019

*Valerie Baker Fairbank*
_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE